PD-0832-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/16/2015 11:26:34 AM
Accepted 11/16/2015 11:30:38 AM
ABEL ACOSTA
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

November 16, 2015

FILED IN
COURT OF CRIMINAL APPEALS

November 16, 2015

ABEL ACOSTA, CLERK

Honorable Abel Acosta
Clerk of the Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

    RE:  The State of Texas v. James Alan Jenkins
          Court of Criminal Appeals No. PD-0832-15

Dear Mr. Acosta:

    The undersigned made several citation errors in his brief filed on Monday, November 2, 2015 and would like to provide the following corrections:

- *Alford v. State*, 806 S.W.2d 581 (Tex. App. – Dallas 1991), aff'd by, 866 S.W.2d 619 (Tex. Crim. App. 1993);
- *Boykin v. State*, 818 S.W.2d 782 (Tex. Crim. App. 1991); and,
- *Kimbro v. State*, 157 Tex. Crim. 438, 249 S.W.2d 919 (Tex. Crim. App. 1952).

                    Yours truly,

                    /s/ Jon R. Meador
                    JON R. MEADOR
                    Assistant Attorney General
                    Office of the Attorney General

Enclosure
cc:   George Sechrist, Attorney for Appellee
      Lisa McMinn, State Prosecuting Attorney